### 18116.  PARKER v. THE STATE.

LUKE, J.  It appearing, from the evidence for the defense, that Berta May
Evans, the fifteen-year-old girl upon whom the defendant is alleged to
have committed an assault and battery, had, without justification,
slapped the seven-year-old child of the defendant twice, "and was about
to slap her the third time, when Mabelle [the defendant] came up there
and shoved Berta May off one time," and this being the main defense
relied on by defendant, the court erred in failing to charge, without
request, the principle that parents may protect their children. Penal
Code (1910), § 74; *Cole* v. *State*, 2 *Ga. App.* 735 (59 S. E. 24); *War-
nack* v.·*State*, 3 *Ga. App.* 596 (60 S. E. 288); *Reed* v. *State*, 15 *Ga.
App.* 435 (83 S. E. 674).

> *Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

> DECIDED JULY 14, 1927.

Assault and battery; from city court of Blackshear—Judge
Bowen.  April 6, 1927.

*S. F. Memory, L. E. Brewer,* for plaintiff in error.

---

Assault and Battery, 5 C. J. p. 801, n. 27.
Criminal Law, 16 C. J. p. 1056, n. 14; p. 1057, n. 25.